IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| TINA TAYLOR, ON BEHALF OF T.J., A MINOR;<br><br>*Plaintiff*,<br><br>v.<br><br>CENTER INDEPENDENT SCHOOL DISTRICT, AMANDA CLARK, IN HER OFFICIAL CAPACITY AS PRINCIPAL OF CENTER HIGH SCHOOL AND IN HER PERSONAL CAPACITY; JILL COX, IN HER OFFICIAL CAPACITY AS ASSOCIATE PRINCIPAL OF CENTER HIGH SCHOOL AND IN HER PERSONAL CAPACITY; GAYLA MILLER, IN HER OFFICIAL CAPACITY AS ASSOCIATE PRINCIPAL OF CENTER HIGH SCHOOL AND IN HER PERSONAL CAPACITY; AND PETE LOW,<br><br>*Defendants*. | CIVIL ACTION NO. 9:23-CV-00152-MJT<br><br>JUDGE MICHAEL J. TRUNCALE |

ORDER ADOPTING REPORT AND RECOMMENDATION

On May 30, 2024, the Court referred the following three motions to dismiss to United States Magistrate Judge Zack Hawthorn for consideration and disposition:

1. Defendant Center Independent School District ("CISD")'s *Motion to Dismiss Plaintiff's First Amended Complaint* [Dkt. 18];

2. Defendants Jill Cox, Pete Low, and Gayla Miller's *Motion to Dismiss Plaintiff's First Amended Complaint* [Dkt. 19]; and

3. Defendant Amanda Clark's *Motion to Dismiss Plaintiff's First Amended Complaint* [Dkt. 20].  [Dkt. 34].

On July 25, 2024, Judge Hawthorn issued his Report and Recommendation, which recommends granting all three motions to dismiss because Taylor fails to allege sufficient facts to show that the individual defendants violated T.J.'s constitutional rights. [Dkt. 37 at 2]. In addition, CISD and Low are entitled to governmental immunity while all individual defendants are entitled to qualified immunity. [Dkt. 37 at 2]. No party has filed objections to Judge Hawthorn's Report and Recommendation, and the time for doing so has passed.[1]

Therefore, it is ORDERED that Judge Hawthorn's Report and Recommendation Granting Defendants' Motions to Dismiss [Dkt. 37] is ADOPTED.

**SIGNED this 29th day of August, 2024.**

Michael J. Truncale
United States District Judge

---

[1] Judge Hawthorn extended Taylor's deadline to file objections, at her request, to August 19, 2024.